```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 05 B 32991
   YUSUF ALI MUHAMMAD
                                           CHAPTER 13

                                           JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-9372

-----------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
      The case was filed on 08/19/2005 and was confirmed 02/27/2006.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was paid in full 08/15/2007.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
-----------------------------------------------------------------------
SELECT PORTFOLIO SERVICI  CURRENT MORTG         .00           .00           .00
WILSHIRE CREDIT CORPORAT  CURRENT MORTG         .00           .00           .00
CITIBANK                  UNSEC W/INTER   NOT FILED           .00           .00
PEOPLES GAS LIGHT & COKE  UNSEC W/INTER   NOT FILED           .00           .00
SELECT PORTFOLIO SERVICI  MORTGAGE ARRE     3685.37           .00       3685.37
WILSHIRE CREDIT CORPORAT  MORTGAGE ARRE     3152.38           .00       3152.38
LARSON & NIERLING         NOTICE ONLY     NOT FILED           .00           .00
PRO SE DEBTOR             DEBTOR ATTY           .00                         .00
TOM VAUGHN                TRUSTEE                                        408.22
DEBTOR REFUND             REFUND                                         862.03

         Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                     RECEIPTS             DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE               8,108.00

PRIORITY                                          .00
SECURED                                      6,837.75
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                           408.22
DEBTOR REFUND                                  862.03
                    --------------          --------------
TOTALS                8,108.00                8,108.00
```

           PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 05 B 32991 YUSUF ALI MUHAMMAD

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 11/27/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 05 B 32991 YUSUF ALI MUHAMMAD